# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.                                    CASE NO. 6:09-CR-39-ORL-19DAB

RAYMOND STEVE FOSTER
_____

<u>ORDER</u>

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 43, filed June 9, 2009) and no objection thereto having been filed, it is **ORDERED**:

1.    The Report and Recommendation of the United States Magistrate Judge (Doc. No. 43) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2.    Defendant Raymond Steve Foster has entered a plea of guilty to Counts Two and Four of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts Two and Four of the Indictment.

**DONE AND ORDERED** at Orlando, Florida, this ___12th___ day of June, 2009.


PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT


Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant

Courtroom Deputy